| **Fill in this information to identify your case:** | | | |
|---|---|---|---|
| Debtor 1 | **Joseph** | **Paul** | **Manzella** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA | | |
| Case number (if known) | 2:22-bk-01811-BKM | | |

☐ Check if this is an amended filing

B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders   12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** **List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.**

**Unsecured claim**

**1**

**AMERICAN EXPRESS**
**P.O. Box 001**
**Los Angeles, CA 90096**

_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____  $0.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:                     - _____
    Unsecured claim                          _____

**2**

**Arizona Department of Revenue**
**1600 West Monroe**
**7th Floor**
**Phoenix, AZ 85007-2650**

_____
Contact

**What is the nature of the claim?** _____  $0.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)   _____
    Value of security:                     - _____

| Debtor 1 | Joseph Paul Manzella | Case number *(if known)* | 2:22-bk-01811-BKM |
|---|---|---|---|

Contact phone             Unsecured claim

---

**3**

**Bank of America, Attn: Bankruptcy Dept.**
**475 Cross Point Pkwy,**
**PO Box 9000**
**Getzville, NY 14068-9000**

Contact
Contact phone

**What is the nature of the claim?**    **Guarantee Utilities**    **$39,000.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

---

**4**

**California Department of Revenue**

Contact
Contact phone

**What is the nature of the claim?**    **$0.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

---

**5**

**Callahan & Blaine APLC**
**Attn: Michael Sachs**
**3 Hutton Centre Dr., Ninth Floor**
**Santa Ana, CA 92707**

Contact
Contact phone

**What is the nature of the claim?**    **judgment for unpaid legal fees**    **$539,895.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

---

**6**

**CITY NATIONAL BANK**
**City Loan Center**
**P.O. Box 60938**
**Los Angeles, CA 90060-0938**

**What is the nature of the claim?**    **Guaranty**    **$459,000.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

---

B 104 (Official Form 104)    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    Page 2

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 2:22-bk-01811-PS    Doc 14    Filed 04/01/22    Entered 04/01/22 16:09:18    Desc
Main Document    Page 2 of 6

| Debtor 1 | Joseph Paul Manzella | Case number *(if known)* | 2:22-bk-01811-BKM |
|---|---|---|---|

■

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

Contact

Contact phone

**7**

**Enterprise Bank**
**Attn: Joe Robles**
**11939 Rancho Bernardo Rd., Ste. 200**
**San Diego, CA 92128**

**What is the nature of the claim?**     $0.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

Contact

Contact phone

**8**

**IRS**
**PO Box 105078**
**Atlanta, GA 30348**

**What is the nature of the claim?**     $0.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

Contact

Contact phone

**9**

**Irvine Company**
**c/o Ernie Zachary Park**
**13215 E. Penn St., Ste. 510**
**Whittier, CA 90600**

**What is the nature of the claim?**     $800,000.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

Contact

Contact phone

**10**

**What is the nature of the claim?**    Trailer    Unknown

B 104 (Official Form 104)     **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**     **Page 3**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 2:22-bk-01811-PS    Doc 14    Filed 04/01/22    Entered 04/01/22 16:09:18    Desc
Main Document     Page 3 of 6

| Debtor 1 | Joseph Paul Manzella | Case number *(if known)* | 2:22-bk-01811-BKM |
|---|---|---|---|

**Lazy Days RV Rental**
**c/o M&T Bank**
**PO Box 64679**
**Baltimore, MD 21264-4679**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured) **Unknown**
  - Value of security: - **Unknown**
  - Unsecured claim **Unknown**

Contact

Contact phone

---

**11**

**LCA Bank Corporation**
**c/o David Ingrassia PC**
**3961 East Chandler Blvd, Ste 111-119**
**Phoenix, AZ 85048**

**What is the nature of the claim?** **Real Estate Owned in Maricopa County (If any)** **Unknown**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured) **$46,808.41**
  - Value of security: - **Unknown**
  - Unsecured claim **Unknown**

Contact

Contact phone

---

**12**

**Michele Manzella**
**3821 N. Portrero Ave.**
**Yorba Linda, CA 92887**

**What is the nature of the claim?** **$0.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact

Contact phone

---

**13**

**Paul Kurz-PKJ Construction**
**23307 La Palma Ave**
**Yorba Linda, CA 92887**

**What is the nature of the claim?** **$0.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

B 104 (Official Form 104)  For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims  Page 4

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Case 2:22-bk-01811-PS   Doc 14   Filed 04/01/22   Entered 04/01/22 16:09:18   Desc
Main Document    Page 4 of 6

| Debtor 1 | Joseph Paul Manzella | Case number *(if known)* | 2:22-bk-01811-BKM |
|---|---|---|---|

|   |   |   |   |
|---|---|---|---|
|   | Contact | ■ No | |
|   | Contact phone | ☐ Yes. Total claim (secured and unsecured) | |
|   |   | Value of security: | - |
|   |   | Unsecured claim | |

### 14

**PHH MORTGAGE**
Mortgage Service Center
Dept 7321
Los Angeles, CA 90088-7321

Contact

Contact phone

**What is the nature of the claim?** 4473 Cabot Drive
Yorba Linda, CA 92886
Orange County — **Unknown**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured) — **Unknown**
Value of security: - **$710,000.00**
Unsecured claim — **Unknown**

### 15

**Rick Julian**
15320 Barranca Parkway
Irvine, CA 92618

Contact

Contact phone

**What is the nature of the claim?** — **$1,000,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

### 16

**Saywitz Realty Services, Inc.**
c/o William E Halle
19900 MacArthur Blvd., Suite 1050
Irvine, CA 92612

Contact

Contact phone

**What is the nature of the claim?** **Notice purposes only** — **$0.00**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

### 17

**Shamrock Foods**

**What is the nature of the claim?** — **$0.00**

B 104 (Official Form 104)     **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**     Page 5

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 2:22-bk-01811-PS    Doc 14    Filed 04/01/22    Entered 04/01/22 16:09:18    Desc
Main Document     Page 5 of 6

Debtor 1    Joseph Paul Manzella                          Case number *(if known)*    2:22-bk-01811-BKM

c/o Carol Hamilton
1111 N. Brand Blvd., Ste. 401
Glendale, CA 91202

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:                      -
  - Unsecured claim

Contact

Contact phone

---

**18**

**Temescal Heights at Dos Lago HOA c/o CMS**
**PO Box 601204**
**Los Angeles, CA 90060-1204**

**What is the nature of the claim?**   **Back HOA Fees for Cabot Drive, CA house.**    $2,000.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:                      -
  - Unsecured claim

Contact

Contact phone

---

**Part 2:   Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X  **/s/ Joseph Paul Manzella**                          X  _____
   **Joseph Paul Manzella**                                 Signature of Debtor 2
   Signature of Debtor 1

Date   **April  1, 2022**                                Date

B 104 (Official Form 104)      For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims      Page 6

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Case 2:22-bk-01811-PS    Doc 14    Filed 04/01/22    Entered 04/01/22 16:09:18    Desc
                         Main Document    Page 6 of 6