| Fill in this information to identify your case: | |
|---|---|
| Debtor | **Joseph Paul Manzella** |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (if known) | **2:22-bk-01811-PS** |

Official Form 426

## Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

**12/17**

This is the *Periodic Report* as of _____ on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

[Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| **South County Concepts, Inc.** | **70%** | |
| **Manzella Properties, LLC** | **50%** | |
| **JM Ventures, LLC** | **100%** | |
| **Wild Devil, LLC** | **100%** | |
| **JM Distribution, LLC** | **100%** | |
| **GT3, LLC** | **100%** | |
| **Tableside Partners, Inc.** | **50%** | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This Periodic Report must be signed by a representative of the trustee or debtor in possession.**

Official Form 426      **Periodic Report About Controlled Non-Debtor Entities' Value, Operations, and Profitability**      page **1**
Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy
Case 2:22-bk-01811-PS    Doc 54    Filed 05/19/22    Entered 05/19/22 09:15:29    Desc
Main Document     Page 1 of 19

Debtor Name: **Joseph Paul Manzella**  Case number  
**2:22-bk-01811-PS**

The undersigned, having reviewed the Entity Reports for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this Periodic Report and the attached Entity Reports are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

| | | | |
|---|---|---|---|
| **For non-individual Debtors:** | X _____ <br> Signature of Authorized Individual <br><br> _____ <br> Printed name of Authorized Individual <br><br> Date _____ <br> MM/ DD / YYYY | | |
| **For individual Debtors:** | X **/s/ Joseph P. Manzella** <br> Signature of Debtor 1 <br><br> **Joseph P. Manzella** <br> Printed name of Debtor 1 <br><br> Date **05/18/2022** <br> MM/ DD / YYYY | X _____ <br> Signature of Debtor 2 <br><br> X _____ <br> Printed name of Debtor 2 <br><br> Date _____ <br> MM/ DD / YYYY | |

**Exhibit A: Financial Statements for [**Name of Controlled Non-Debtor Entity**]**

See attached documents for all entities

**Exhibit A-1: Balance Sheet for all listed entities as of 12/31/2020**

Attached hereto are balance sheets for entities listed above. Balance sheets are as of 12/31/2020 and have not been updated since that date.

Information was retrieved from books and records of the respective companies

Attached hereto are profit and loss statements for entities listed above. Statements are as of 12/31/2020 and have not been updated since that date.

Information was retrieved from books and records of the respective companies

**Exhibit A-3: Statement of Cash Flows for [**Name of Controlled Non-Debtor Entity**] for period ending [date]**

Such statement unavailable at time of report. Working with entities accountants to prepare such a report.

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for [Name of Controlled Non-Debtor Entity] for period ending** [date]

Such statement unavailable at time of report. Working with entities accountants to prepare such a report.

**Exhibit B: Description of Operations for all entities**

South County Concepts, Inc. - Restaurant operation company for restaurant known as TAPS Fish House and Brewery (Brea, California)

JM Ventures, Inc. - Restaurant operation company for restaurant known as TAPS Fish House and Brewery (Corona, California)

Wild Devil, LLC - formerly operated restaurant known as The Catch.  Now closed

GT3, LLC - formerly operated restaurant known as TAPS Fish House and Brewery (Irvine, California). Now closed

Manzella Properties, LLC - holding company for real estate in Brea, California

JM Distribution, LLC - treasury entity used for accounting purposes.  Now defunct

Tableside Partners, Inc. - holding company for consulting and restaurant businesses

Source - knowledge of Debtor

**Exhibit C: Description of Intercompany Claims**

Wild Devil, LLC - $469,000 based upon loan due entity; due to Wild Devil chapter 7 unclear whether collectable.

Source - Debtor's and Wild Devil, LLC's records

**Exhibit D: Allocation of Tax Liabilities and Assets**

Entities are pass through corporations for tax purposes and therefore financial tax information is reported on the Debtor's tax return.  No special agreement exists between the entities

| | Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor |
|---|---|

South County Concept, Inc. provides for loan payments on Lincoln Navigator which is used by Debtor and appears to be titled in both parties' names.

Source - Debtor and entities' records

# Balance Sheet
### As of 12/31/2020

**More than 5 selected**

| | 01 South County Concepts, Inc. | 02 JM Ventures, Inc. | 03 Wild Devil, LLC | 05 GT3, LLC | 98 Manzella Properties, LLC | 99 JM Distribution, LLC | TS00 Tableside Partners, Inc. |
|---|---:|---:|---:|---:|---:|---:|---:|
| **ASSETS** | | | | | | | |
| **Current Asset** | | | | | | | |
| **Current Assets** | | | | | | | |
| **Cash** | | | | | | | |
| **City National Bank** | | | | | | | |
| CityNatBank - Concentration | | | | | | 29,917 | |
| Total City National Bank | | | | | | 29,917 | |
| **Citizens Business Bank** | | | | | | | |
| Com Bank - Brea | 4,066 | | | | | | |
| Com Bank - Corona | | 689 | | | | | |
| Com Bank - Catch | | | -717 | | | | |
| Com Bank - Irvine | | | | 3,745 | | | |
| Com Bank - Brewery | | | | | | | |
| Com Bank - JMD | | | | | | 6,418 | |
| Total Citizens Business Bank | 4,066 | 689 | -717 | 3,745 | | 6,418 | |
| Com Bank - MP | | | | | 76,096 | | |
| **Total Cash** | 4,066 | 689 | -717 | 3,745 | 76,096 | 36,335 | |
| **Receivables** | | | | | | | |
| **Accounts Receivable** | | | | | | | |
| Accounts Receivable | | | | | | | |
| Alondra's AR | | | | | | 3,554 | |
| Total Accounts Receivable | | | | | | 3,554 | |
| **House Accounts** | | | | | | | |
| House Accounts | -18,966 | 33,028 | 15,055 | -710 | | | |
| OC Plumbing | 13,428 | 58,298 | -32,065 | -4,645 | | | |
| Meier Plumbing | 406 | -3,847 | 5,180 | -1,740 | | | |
| Quality Repair | -45,323 | | -20,844 | | | | |
| EventBrite | | | | | | | |
| Cedar Enterprise | 26,627 | 96 | 96 | 12,268 | | | |
| Aeroflite | 360 | | | | | | |
| Miller Giangrande | 3,232 | | | 1,130 | | | |
| Lee Healy Marketing | | | | 1,438 | | | |
| Minutemen Press | 790 | | | | | | |
| King Limo | | | | 184 | | | |
| Couts Heating & Air | | 26,168 | | | | | |
| Synergy | | | | 1,918 | | | |
| Dreambox | -9,112 | 158 | 306 | 364 | | | |
| Jay's Welding | 7,488 | | 832 | | | | |
| Muhammad Uddin | 4,116 | | | | | | |
| Wesco Security | 42 | | | | | | |
| Pacific Carpet & Tile | 597 | | | 350 | | | |
| Providence Capital | 1,343 | | -802 | 3,112 | | | |
| GSI - Troy Bryant | 6,278 | -10,577 | -1,048 | | | | |
| Troy Bryant | | | 2,949 | | | | |

| | | | | | | | |
|---|---:|---:|---:|---:|---:|---:|---:|
| Champion Trophy | | | | -130 | | | |
| Caldwell Cigars | | | | 197 | | | |
| Robert Lawrence | | | | 2,875 | | | |
| Kindred Hospital | | 3,786 | | | | | |
| Callahan & Blaine | | | | 24,438 | | | |
| KD Electric | -3,013 | -2,400 | -1,763 | | | | |
| Total House Accounts | -11,707 | 104,710 | -31,920 | 40,865 | | | |
| **Total Receivables** | -11,707 | 104,710 | -31,920 | 40,865 | | 3,554 | |
| **Inventories** | | | | | | | |
| **Inventory - Brewery** | | | | | | | |
| Inventory - Brewery | | | | | | | |
| Packing Inventory | | | | | | | |
| Total Inventory - Brewery | | | | | | | |
| Inventory - Merchandise | | | | | | | |
| Total Inventories | | | | | | | |
| **Total Current Assets** | -7,641 | 105,399 | -32,637 | 44,610 | 76,096 | 39,890 | |
| **Bank of America** | | | | | | | |
| BoA Tableside Partners | | | | | | | 85 |
| Total Bank of America | | | | | | | 85 |
| AR-Other | | | 1,941 | | | | |
| Loan Fees - SBA | | 101,819 | | | | | |
| Deposit | 16,216 | 1,000 | 24,465 | | 7,762 | 3,228 | |
| **Prepaid Expense Category** | | | | | | | |
| Prepaid Legal | | | | | | 10,000 | |
| Accrued Property Taxes | | | | | 92,298 | | |
| Total Prepaid Expense Category | | | | | 92,298 | 10,000 | |
| Costco Prepaid Expense | 560,124 | | | | | | |
| Due To/From TS00 Tableside Partners, Inc. | | | | | | 123,814 | |
| **Total Current Asset** | **568,699** | **208,218** | **-6,231** | **44,610** | **176,157** | **176,932** | **85** |
| **Fixed Asset** | | | | | | | |
| Building | | 6,286,229 | | | 2,394,919 | | |
| Land | | | | 218 | 852,480 | | |
| Leasehold Improvements | 1,834,160 | 1,410,246 | 1,424,117 | 3,073,347 | 53,007 | 20,000 | |
| Equipment | 734,443 | 907,173 | 1,239,999 | 873,151 | 1,662,328 | 22,142 | |
| Equipment - Brewery | 4,386 | 3,250 | | | | | |
| Furniture | 136,819 | | | | | | |
| Auto | 194,081 | | | | | | |
| Art Work | 22,676 | | | 8,989 | | | |
| Accumulated Depreciation | -1,378,331 | -3,014,963 | -1,560,405 | -1,402,650 | -2,882,632 | | |
| Start Up Costs | | | | 615,938 | | 2,870 | |
| Liquor License | 13,810 | 13,810 | | 8,340 | | | |
| Accumulated Amortization | -17,414 | -66,335 | | -123,745 | | | |
| **Total Fixed Asset** | **1,544,629** | **5,539,409** | **1,103,710** | **3,053,588** | **2,080,102** | **45,012** | |
| **Other Asset** | | | | | | | |
| **Intercompany Transfers** | | | | | | | |
| Due To/From Alondra's Paramount, LLC | 175 | 289 | | | | 198,935 | |
| Due To/From Alondra's Montebello, LLC | 270 | 289 | | | | 90,906 | |
| Due To/From Alondra's Alhambra, LLC | 270 | 336 | | | | 96,295 | |
| Due To/From My World Enterprises, Inc. | | | | | | 1,000 | |
| Due To/From Alondra's Whittier, LLC | 270 | | | | | -32,772 | |
| Due To/From TAPS Cantina LLC | 11,903 | -236 | | 5,892 | | 44,621 | |

| Account | | | | | | | |
|---|---:|---:|---:|---:|---:|---:|---:|
| Due To/From 9009 TAPS Knowlwoods LLC | -2,500 | | | | | 181,910 | |
| Due To/From 9008A | | | | 71 | | 87,952 | |
| Due To/From THK Scottsdale | 12,689 | | | -1,952 | | 43,928 | |
| Due To/From South County Concepts | | -264,446 | -1,048,655 | -250,432 | 1,866,055 | -5,022,728 | |
| Due To/From THKRE | | | | | | 499,575 | |
| Due To/From 9010 THK Phoenix | 922 | | | 23,403 | | 76,607 | |
| Due To/From A106 Alondras Pico LLC | | | | | | 30,000 | |
| Due To/From U02 Splitting 10s, LLC | | | | | | 757 | |
| Due To/From JM Ventures, Inc. | 264,446 | | -9,079 | -635,687 | | 1,220,040 | |
| Due To/From Wild Devil, LLC | 1,048,655 | 9,079 | | 442,268 | 631,295 | -1,082,732 | |
| Due To/From Lillie's OC, LLC | 711,257 | 4,807 | 13,595 | -1,332 | | 429,916 | |
| Due To/From GT3, LLC | 250,432 | 635,687 | -442,268 | | | 160,847 | |
| Due To/From Relentless Siblings | 1,116,469 | -33,408 | -39,813 | -91,663 | 1,811,800 | 1,754,346 | |
| Due To/From 9090 Manzella Properties | -1,866,055 | | -631,295 | | | 1,204,963 | |
| Due To/From JM Distribution, LLC | 8,800,605 | -2,295,422 | 848,938 | -1,611,030 | -1,204,963 | | -123,814 |
| **Total Intercompany Transfers** | 10,349,807 | -1,943,024 | -1,308,578 | -2,120,464 | 3,104,187 | -15,631 | -123,814 |
| **Total Other Asset** | 10,349,807 | -1,943,024 | -1,308,578 | -2,120,464 | 3,104,187 | -15,631 | -123,814 |
| **Total ASSETS** | 12,463,135 | 3,804,603 | -211,099 | 977,734 | 5,360,445 | 206,313 | -123,729 |
| **LIABILITIES & EQUITY** | | | | | | | |
| **Liabilities** | | | | | | | |
| **Current Liability** | | | | | | | |
| Accounts Payable | 794,988 | 541,936 | 247,448 | 564,136 | 172,155 | 372,296 | |
| **City National Visa Cards** | | | | | | | |
| CNB - Payables Card | | | | | | 440,072 | |
| CNB - JManzella | | | | | | -157 | |
| CNB - Hope | | | | | | 13,504 | |
| CNB - Manns | | | | | | 360 | |
| CNB - MManzella | | | | | | 52 | |
| CNB - Brewery | | | | | | 119 | |
| CNB - Maintenance 5762 | | | | | | -18,551 | |
| CNB - Maintenance 5408 | | | | | | 789 | |
| CNB - Maintenance 5390 | | | | | | 21,535 | |
| CNB - Robertson | | | | | | 432 | |
| CNB - LaTorre | | | | | | 635 | |
| Total City National Visa Cards | | | | | | 458,791 | |
| American Express Card | | | | | | 1,734 | |
| Accrued Payroll & Tax | | | | | | 47,290 | |
| Voluntary Insurance Payable | | | | | | 4,259 | |
| Notes Payable - Shamrock | 136,168 | 103,069 | 56,591 | 97,457 | | | |
| Accrued-Deferred Rent | | | | 161,768 | | | |
| Banquet Events - Deposits | 32,134 | 49,274 | 23,367 | 23,998 | | | |
| Keg Deposits | | | | | | | |
| Gift Cards Outstanding | 1,550,579 | | 6,828 | | | -1,066 | |
| PPP - Cares Act | 319,900 | 213,995 | 147,682 | 250,000 | | 599,900 | |
| SBA Loan - Cares Act | 159,900 | 159,900 | 159,900 | 159,900 | | | |
| **Suspense** | | | | | | | |
| Suspense | -8,242 | | | | | 89,362 | |
| Joseph Manzella Personal | | | | | | -52,102 | |
| Outside CC Processing | | | | -600 | | -591,349 | |
| Total Suspense | -8,242 | | | -600 | | -554,089 | |
| **Total Current Liability** | 2,985,427 | 1,068,173 | 641,216 | 1,257,260 | 172,155 | 929,115 | |

| | | | | | | | |
|---|---:|---:|---:|---:|---:|---:|---:|
| **Long Term Liability** | | | | | | | |
| Com Bank - LOC | 500,000 | | | | | | |
| Com Bank - Short Term | 462,019 | | | | | | |
| **Note Payable - Auto** | | | | | | | |
|   LAND ROVER | 30,908 | | | | | | |
| Total Note Payable - Auto | 30,908 | | | | | | |
| Capital Lease - Equipment | 62,829 | | | | | | |
| Providence/Ascentium Leases | 21,436 | | | | | | |
| Capital Bank Construction Loan | | | | 1,506,086 | | | |
| JMV - OPUS BANK LOAN | | 2,040,657 | | | | | |
| SBA - Wells Fargo Trust | | 1,109,952 | | | | | |
| Capital Bank LOC | | | | 349,933 | | | |
| Catch Loan | | | 600,000 | | | | |
| Manzella Properties Refinance | | | | | 2,099,861 | | |
| Relentless Siblings Community Bank | | | | | 1,484,016 | | |
| Due Joe Manzella | 25,000 | 3,072,815 | 264,370 | | | | |
| **Total Long Term Liability** | **1,102,193** | **6,223,424** | **864,370** | **1,856,018** | **3,583,877** | | |
| **Total Liabilities** | **4,087,620** | **7,291,597** | **1,505,586** | **3,113,278** | **3,756,032** | **929,115** | |
| **Equity** | | | | | | | |
| **Equity** | | | | | | | |
| Common Stock | 100,000 | 5,000 | | | | | |
| J Manzella Equity | | | | 95,000 | | | |
| Stockholder's Equity | | | | | | | |
| Joe Manzella | 1,370,000 | | 34,127 | | | | |
| Michele Manzella | 1,080,000 | | | | | | |
| Additional Paid In Capital | 706,826 | | | | | | |
| Retained Earnings | 4,139,127 | -3,479,486 | -1,687,597 | -1,615,080 | 1,573,531 | -33,687 | |
| Distributions | | | -53,130 | | | | |
| Earned Income | 1,145,319 | | | | | | |
| Beginning Equity | | | | | | | 100 |
| YTD Income | -165,757 | -12,508 | -10,085 | -615,464 | 30,883 | -689,115 | -123,829 |
| **Total Equity** | **8,375,515** | **-3,486,994** | **-1,716,685** | **-2,135,544** | **1,604,414** | **-722,802** | **-123,729** |
| **Total Equity** | **8,375,515** | **-3,486,994** | **-1,716,685** | **-2,135,544** | **1,604,414** | **-722,802** | **-123,729** |
| **Total LIABILITIES & EQUITY** | **12,463,135** | **3,804,603** | **-211,099** | **977,734** | **5,360,445** | **206,313** | **-123,729** |

# Profit & Loss - Legal Entity Side by Side - YTD
## YTD Period Ending 12/31/2020

| | 01 South County Concepts, Inc. | | 02 JM Ventures, Inc. | | 03 Wild Devil, LLC | | 05 GT3, LLC | | 98 Manzella Properties, LLC | | 99 JM Distribution, LLC | | TS00 Tableside Partners, Inc. |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| **Sales** | | | | | | | | | | | | | |
| **Sales Food-Beverage** | | | | | | | | | | | | | |
| Food Sales | 2,961,799 | 80.77% | 2,187,542 | 76.35% | 529,792 | 69.68% | 1,759,915 | 74.25% | | | | | |
| Beverage Sales | 89,279 | 2.44% | 96,033 | 3.35% | 18,349 | 2.41% | 70,020 | 2.95% | | | | | |
| Total Sales Food-Beverage | 3,051,078 | 83.20% | 2,283,575 | 79.70% | 548,141 | 72.09% | 1,829,935 | 77.21% | | | | | |
| **Sales - Bar** | | | | | | | | | | | | | |
| Beer Sales | 9,870 | 0.27% | 3,374 | 0.12% | 3,669 | 0.48% | 2,694 | 0.11% | | | | | |
| Draft Beer Sales | 215,331 | 5.87% | 170,294 | 5.94% | 30,463 | 4.01% | 167,302 | 7.06% | | | | | |
| Wine Sales | 235,795 | 6.43% | 224,018 | 7.82% | 88,004 | 11.57% | 217,146 | 9.16% | | | | | |
| Liquor Sales | 377,263 | 10.29% | 383,454 | 13.38% | 111,006 | 14.60% | 316,641 | 13.36% | | | | | |
| Total Sales - Bar | 838,260 | 22.86% | 781,139 | 27.26% | 233,142 | 30.66% | 703,782 | 29.69% | | | | | |
| **Sales - Brewery** | | | | | | | | | | | | | |
| TSP Brewery Sales | | | 4,624 | 0.16% | | | | | | | | | |
| Outside Brewery Sales | | | | | | | | | | | | | |
| Distribution | | | | | | | | | | | | | |
| Total Sales - Brewery | | | 4,624 | 0.16% | | | | | | | | | |
| **Sales - Other** | | | | | | | | | | | | | |
| PD Service Charge | 4,211 | 0.12% | 232 | 0.01% | | | | | | | | | |
| Merchandise Sales | 0 | 0.00% | 706 | 0.03% | | | 2,415 | 0.10% | | | | | |
| Banquet Room Fees | 68 | 0.00% | 100 | 0.00% | 1,100 | 0.15% | | | | | | | |
| Rent Received | | | | | | | | | 100,000 | 100.00% | | | |
| Total Sales - Other | 4,278 | 0.12% | 1,038 | 0.04% | 1,100 | 0.15% | 2,415 | 0.10% | 100,000 | 100.00% | | | |
| **Gross Sales** | **3,893,616** | 106.18% | **3,070,376** | 107.17% | **782,383** | 102.90% | **2,536,132** | 107.00% | **100,000** | 100.00% | | | |
| **Sale Comps - Disc** | | | | | | | | | | | | | |
| Comp 2 Food | -36,049 | -0.98% | -33,682 | -1.18% | -4,091 | -0.54% | -27,925 | -1.18% | | | | | |
| Comp 3 Liquor | -8,819 | -0.24% | -18,923 | -0.66% | -2,666 | -0.35% | -23,135 | -0.98% | | | | | |
| Comp 4 Employee | -31,310 | -0.85% | -17,465 | -0.61% | -5,915 | -0.78% | -29,013 | -1.22% | | | | | |
| Comp 5 Manager | -20,813 | -0.57% | -13,590 | -0.47% | -4,053 | -0.53% | -9,611 | -0.41% | | | | | |
| Comp 6 Executives | -12,441 | -0.34% | -4,624 | -0.16% | | | -9,509 | -0.40% | | | | | |
| Comp 7 Promo | -117,104 | -3.19% | -117,019 | -4.08% | -5,330 | -0.70% | -66,696 | -2.81% | | | | | |
| Total Sale Comps - Disc | -226,536 | -6.18% | -205,304 | -7.17% | -22,055 | -2.90% | -165,889 | -7.00% | | | | | |
| **Total Sales** | **3,667,081** | 100.00% | **2,865,073** | 100.00% | **760,328** | 100.00% | **2,370,243** | 100.00% | **100,000** | 100.00% | | | |
| **Prime Cost** | | | | | | | | | | | | | |
| **Cost Of Goods Sold - F&B** | | | | | | | | | | | | | |
| **Cost of Goods Sold - Food** | | | | | | | | | | | | | |
| Meats | 190,530 | 6.25% | 145,443 | 6.37% | 46,039 | 8.40% | 122,022 | 6.67% | | | 252 | 100.00% | |
| Seafood | 178,038 | 5.84% | 105,902 | 4.64% | 38,130 | 6.96% | 113,572 | 6.21% | | | 41 | 100.00% | |
| Shellfish | 250,505 | 8.21% | 178,366 | 7.81% | 39,613 | 7.23% | 127,379 | 6.96% | | | | | |
| Produce | 122,730 | 4.02% | 81,103 | 3.55% | 19,702 | 3.59% | 77,398 | 4.23% | | | | | |
| Breads & Desserts | 34,104 | 1.12% | 26,556 | 1.16% | 6,700 | 1.22% | 23,529 | 1.29% | | | | | |
| Dairy | 73,237 | 2.40% | 61,565 | 2.70% | 11,824 | 2.16% | 61,096 | 3.34% | | | | | |
| Groceries | 122,093 | 4.00% | 100,345 | 4.39% | 22,261 | 4.06% | 97,294 | 5.32% | | | 66 | 100.00% | |
| Uncoded Food Cost | | | | | | | | | | | | | |
| Total Cost of Goods Sold - Food | 971,238 | 32.79% | 699,279 | 31.97% | 184,268 | 34.78% | 622,289 | 35.36% | | | 359 | 100.00% | |
| **Cost of Goods Sold - Beverage** | | | | | | | | | | | | | |
| Beverages | 32,704 | 1.07% | 32,447 | 1.42% | 5,246 | 0.96% | 20,887 | 1.14% | | | | | |
| Total Cost of Goods Sold - Beverage | 32,704 | 1.07% | 32,447 | 1.42% | 5,246 | 0.96% | 20,887 | 1.14% | | | | | |
| **Cost of Goods Sold - Bar** | | | | | | | | | | | | | |
| Bitters & Mixers | 2,692 | 0.71% | 3,477 | 0.91% | 850 | 0.77% | 1,193 | 0.38% | | | | | |
| Bar Produce | 3,159 | 0.84% | 3,044 | 0.79% | 1,236 | 1.11% | 1,327 | 0.42% | | | | | |
| Beer | 2,656 | 26.91% | 3,383 | 100.26% | 1,370 | 37.35% | 2,536 | 94.13% | | | | | |
| Draft Beer | 62,444 | 29.00% | 62,644 | 36.79% | 9,099 | 29.87% | 54,932 | 32.83% | | | | | |
| Wine | 105,975 | 44.94% | 43,547 | 19.44% | 27,781 | 31.57% | 46,991 | 21.64% | | | | | |
| Liquor | 96,731 | 25.64% | 35,958 | 9.38% | 27,855 | 25.09% | 35,513 | 11.22% | | | | | |
| Total Cost of Goods Sold - Bar | 273,658 | 32.65% | 152,052 | 19.47% | 68,191 | 29.25% | 142,491 | 20.25% | | | | | |
| **Cost of Goods - Brewery** | | | | | | | | | | | | | |
| Hops-Grains-Yeast | | | 3,684 | 100.00% | 7,808 | 168.86% | | | | | | | |
| Brewery Packaging Supply | | | | | | | | | | | | | |
| Hop Storage | | | 143 | 0.06% | | | | | | | | | |
| Total Cost of Goods - Brewery | | | 3,827 | 1.70% | 7,808 | 4.38% | | | | | | | |
| **Cost of Goods - Other** | | | | | | | | | | | | | |
| Cost of Goods - Other | | | | | | | 47 | 1.97% | | | | | |
| Merchandise | | | | | | | | | | | | | |
| Total Cost of Goods - Other | | | | | | | 47 | 1.97% | | | | | |
| **Total Cost Of Goods Sold - F&B** | **1,281,427** | 42.00% | **891,586** | 39.04% | **257,705** | 47.01% | **785,715** | 42.94% | | | **359** | 100.00% | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total COGS** | | 2,385,654 | 65.06% | 1,973,486 | 68.88% | 502,622 | 66.11% | 1,584,529 | 66.85% | 100,000 | 100.00% | -359 | 100.00% |
| **Payroll** | | | | | | | | | | | | | |
|   **Labor FOH** | | | | | | | | | | | | | |
|     Banquet-Event Staffing | 911 | 0.03% | 436 | 0.02% | 2,378 | 0.31% | 107 | 0.01% | | | | |
|     Servers | 191,994 | 5.24% | 180,267 | 6.29% | 18,765 | 2.47% | 89,383 | 3.77% | | | | |
|     Bussers | 35,891 | 0.98% | 26,514 | 0.93% | 14,649 | 1.93% | 18,192 | 0.77% | | | | |
|     Front Desk | 51,847 | 1.41% | 44,253 | 1.55% | 10,488 | 1.38% | 39,374 | 1.66% | | | | |
|     Food Runners | 18,108 | 0.49% | 7,203 | 0.25% | 5,957 | 0.78% | 18,535 | 0.78% | | | | |
|     CellarPerson | | | 189 | 0.01% | | | | | | | | |
|     Bartenders | 61,644 | 1.68% | 56,392 | 1.97% | 13,774 | 1.81% | 55,440 | 2.34% | | | | |
|     Cocktail Servers | 35,243 | 0.96% | 35,161 | 1.23% | 11,650 | 1.53% | 66,514 | 2.81% | | | | |
|     Asst Mgr - Bar Mgr | | | 7,508 | 0.26% | 5,104 | 0.67% | 9,957 | 0.42% | | | | |
|     FOH Training | 17,710 | 0.48% | 840 | 0.03% | 2,607 | 0.34% | 12,410 | 0.52% | | | | |
|   **Total Labor FOH** | 413,348 | 11.27% | 358,764 | 12.52% | 85,370 | 11.23% | 309,911 | 13.08% | | | | |
|   **Labor BOH** | | | | | | | | | | | | | |
|     Line Cook | 250,524 | 6.83% | 193,598 | 6.76% | 49,616 | 6.53% | 209,164 | 8.83% | | | | |
|     Prep Cook | 62,698 | 1.71% | 46,882 | 1.64% | 4,561 | 0.60% | 20,145 | 0.85% | | | | |
|     TBBR Prep Cook | | | | | | | -348 | -0.02% | | | | |
|     Dishwasher | 65,718 | 1.79% | 51,372 | 1.79% | 15,268 | 2.01% | 42,696 | 1.80% | | | | |
|     BOH Training | 25,631 | 0.70% | 6,240 | 0.22% | 787 | 0.10% | 10,469 | 0.44% | | | | |
|   **Total Labor BOH** | 404,572 | 11.03% | 298,092 | 10.40% | 70,231 | 9.24% | 282,126 | 11.90% | | | | |
|   **Managers** | | | | | | | | | | | | | |
|     FOH Managers | 43,647 | 1.19% | 54,666 | 1.91% | 20,815 | 2.74% | 21,490 | 0.91% | | | | |
|     BOH Managers | 31,947 | 0.87% | 31,072 | 1.08% | 32,866 | 4.32% | 30,717 | 1.30% | | | | |
|     Group Sales | 7,788 | 0.21% | 4,358 | 0.15% | 2,332 | 0.31% | 4,757 | 0.20% | | | | |
|   **Total Managers** | 83,383 | 2.27% | 90,096 | 3.15% | 56,013 | 7.37% | 56,964 | 2.40% | | | | |
|   **Labor BREWERS** | | | | | | | | | | | | | |
|     Brewers | | | -113 | 0.00% | | | | | | | | |
|   **Total Labor BREWERS** | | | -113 | 0.00% | | | | | | | | |
|   **Labor OTHER** | | | | | | | | | | | | | |
|     Unclassified Wages | 181,728 | 4.96% | 181,656 | 6.34% | -16,134 | -2.12% | 112,718 | 4.76% | | | 687 | 100.00% |
|   **Total Labor OTHER** | 181,728 | 4.96% | 181,656 | 6.34% | -16,134 | -2.12% | 112,718 | 4.76% | | | 687 | 100.00% |
|   **Benefits** | | | | | | | | | | | | | |
|     Mgmt Bonuses | 3,750 | 0.10% | 3,500 | 0.12% | 3,250 | 0.43% | 3,500 | 0.15% | | | | |
|     Payroll Taxes | 141,463 | 3.86% | 110,187 | 3.85% | 25,935 | 3.41% | 105,498 | 4.45% | | | 17,238 | 100.00% |
|     Workers Comp Expense | 7,326 | 0.20% | | | | | 1,464 | 0.06% | | | | |
|     Insurance - Health | 126,178 | 3.44% | 29,257 | 1.02% | 9,813 | 1.29% | 27,418 | 1.16% | | | -1,061 | 100.00% |
|     Payroll Fees | 52,739 | 1.44% | 43,376 | 1.51% | 2,272 | 0.30% | 37,973 | 1.60% | | | 5,963 | 100.00% |
|   **Total Benefits** | 331,456 | 9.04% | 186,320 | 6.50% | 41,270 | 5.43% | 175,854 | 7.42% | | | 22,140 | 100.00% |
| **Total Payroll** | 1,414,485 | 38.57% | 1,114,815 | 38.91% | 236,751 | 31.14% | 937,572 | 39.56% | | | 22,827 | 100.00% |
| **Total Prime Cost** | 2,695,912 | 73.52% | 2,006,401 | 70.03% | 494,456 | 65.03% | 1,723,287 | 72.71% | | | 23,187 | 100.00% |
| **Controllable Expenses** | | | | | | | | | | | | | |
|   **General Operating** | | | | | | | | | | | | | |
|     China | 4,075 | 0.11% | 5,114 | 0.18% | 481 | 0.06% | 1,956 | 0.08% | | | | |
|     Glassware | 1,558 | 0.04% | 3,448 | 0.12% | 472 | 0.06% | 1,163 | 0.05% | | | 855 | 100.00% |
|     Silver | 1,632 | 0.05% | 1,494 | 0.05% | 595 | 0.08% | 1,658 | 0.07% | | | 2,363 | 100.00% |
|     Bar Supplies | 672 | 0.02% | 856 | 0.03% | | | 644 | 0.03% | | | | |
|     Kitchen Cookware | 2,891 | 0.08% | 3,071 | 0.11% | 191 | 0.03% | 2,819 | 0.12% | | | 294 | 100.00% |
|     Restaurant Supplies | 32,818 | 0.90% | 27,313 | 0.95% | 4,545 | 0.60% | 30,050 | 1.27% | | | 23,696 | 100.00% |
|     Mat Service | 3,502 | 0.10% | 2,827 | 0.10% | 485 | 0.06% | 3,358 | 0.14% | | | | |
|     Janitorial Supplies | 15,275 | 0.42% | 15,781 | 0.55% | 2,317 | 0.31% | 14,611 | 0.62% | | | | |
|     Paper Supplies | 36,303 | 0.99% | 30,607 | 1.07% | 4,027 | 0.53% | 31,168 | 1.32% | | | | |
|     Banquet Supplies | 1,510 | 0.04% | 963 | 0.03% | 1,732 | 0.23% | 508 | 0.02% | | | | |
|     Guest Supplies | 372 | 0.01% | | | | | 20 | 0.00% | | | | |
|     Decorations & Plants | 4,412 | 0.12% | 8,313 | 0.29% | 11 | 0.00% | 2,113 | 0.09% | | | | |
|     Carbonation & Gas | 5,433 | 0.15% | 4,119 | 0.14% | 2,218 | 0.29% | 4,515 | 0.19% | | | | |
|     Propane - Food Truck | | | | | | | | | | | | |
|     Gas - Food Truck-Transit | | | | | | | | | | | | |
|     Menu Expense | 6,016 | 0.16% | 1,342 | 0.05% | 773 | 0.10% | 1,333 | 0.06% | | | | |
|     Linen | 23,749 | 0.65% | 34,766 | 1.21% | 4,376 | 0.58% | 25,598 | 1.08% | | | | |
|     Uniforms | 4,019 | 0.11% | 465 | 0.02% | 957 | 0.13% | 761 | 0.03% | | | 1,225 | 100.00% |
|     Tips & Fees | 62 | 0.00% | 160 | 0.01% | 200 | 0.03% | -10 | 0.00% | | | | |
|     Equipment Leasing | 81,190 | 2.21% | 21,710 | 0.76% | 10,414 | 1.37% | 20,566 | 0.87% | | | | |
|   **Total General Operating** | 225,491 | 6.15% | 162,348 | 5.67% | 33,794 | 4.45% | 142,831 | 6.03% | | | 28,434 | 100.00% |
|   **Brewery Operating Expenses** | | | | | | | | | | | | | |
|     Brewery Operating Expenses | | | | | | | | | | | | |
|     Brewery Supplies | | | 129 | 0.00% | 135 | 0.02% | 1,350 | 0.06% | | | | |
|     Keg Cost | | | | | | | | | | | | |
|     Design Development | 4,802 | 0.13% | 2,362 | 0.08% | | | 2,470 | 0.10% | | | | |
|   **Total Brewery Operating Expenses** | 4,802 | 0.13% | 2,491 | 0.09% | 135 | 0.02% | 3,820 | 0.16% | | | | |

| | | | | | | | | | | | | | |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| **Advertising & Promotions** | | | | | | | | | | | | | |
| Marketing | 17,154 | 0.47% | 15,687 | 0.55% | 10,588 | 1.39% | 16,636 | 0.70% | | | 137,197 | 100.00% | 87,693 | 100.00% |
| Costco Gift Card | -9,955 | -0.27% | | | | | 550 | 0.02% | | | | | | |
| Gift Card Promotion | 14,302 | 0.39% | 12,956 | 0.45% | 700 | 0.09% | 2,764 | 0.12% | | | | | | |
| Donations | 250 | 0.01% | | | | | 2,070 | 0.09% | | | | | | |
| **Total Advertising & Promotions** | 21,751 | 0.59% | 28,644 | 1.00% | 11,288 | 1.49% | 22,020 | 0.93% | | | 137,197 | 100.00% | 87,693 | 100.00% |
| **Repair & Maintenance** | | | | | | | | | | | | | |
| General Repair & Maintenance | 17,522 | 0.48% | 19,895 | 0.69% | 3,052 | 0.40% | 14,358 | 0.61% | | | 42,425 | 100.00% | | |
| Brewery Repair & Maintenance | 1,313 | 0.04% | 5,157 | 0.18% | | | | | | | | | | |
| Janitorial Services | 39,501 | 1.08% | 38,129 | 1.33% | 7,644 | 1.01% | 34,944 | 1.47% | | | | | | |
| Food Truck R-M | | | | | 325 | 0.04% | | | | | | | | |
| Kitchen Equipment Maintenance | 4,693 | 0.13% | 4,667 | 0.16% | 2,889 | 0.38% | 5,770 | 0.24% | | | 1,917 | 100.00% | | |
| Pest Control | 4,000 | 0.11% | 2,310 | 0.08% | 300 | 0.04% | 3,510 | 0.15% | | | | | | |
| **Total Repair & Maintenance** | 67,028 | 1.83% | 70,158 | 2.45% | 14,210 | 1.87% | 58,582 | 2.47% | | | 44,343 | 100.00% | | |
| **Other Controllables** | | | | | | | | | | | | | |
| Reservation Systems | 1,908 | 0.05% | 1,599 | 0.06% | 1,535 | 0.20% | 1,717 | 0.07% | | | 31,317 | 100.00% | | |
| Third Party Fees | 24,099 | 0.66% | 15,113 | 0.53% | 1,407 | 0.19% | 15,676 | 0.66% | | | | | | |
| Music & Entertainment | 6,196 | 0.17% | 10,967 | 0.38% | 2,261 | 0.30% | 7,426 | 0.31% | | | 16,258 | 100.00% | | |
| Office Supplies | 4,897 | 0.13% | 1,983 | 0.07% | 889 | 0.12% | 1,508 | 0.06% | | | 1,775 | 100.00% | | |
| Technology-Equipment | 2,835 | 0.08% | 2,835 | 0.10% | 237 | 0.03% | 237 | 0.01% | | | 4,486 | 100.00% | | |
| Postage & Delivery | 1,154 | 0.03% | 110 | 0.00% | | | 77 | 0.00% | | | 375 | 100.00% | | |
| Membership Dues & Subscriptions | 7,768 | 0.21% | 540 | 0.02% | | | 800 | 0.03% | | | 2,142 | 100.00% | | |
| Chargebacks & Refunds | 1,221 | 0.03% | -937 | -0.03% | 517 | 0.07% | 897 | 0.04% | | | | | | |
| Cash Over/Short | -27,061 | -0.74% | -4,035 | -0.14% | -110 | -0.01% | 2,054 | 0.09% | | | | | | |
| Research & Development | 3,515 | 0.10% | 618 | 0.02% | 1,753 | 0.23% | 2,513 | 0.11% | | | | | | |
| Meals & Entertainment | 3,113 | 0.09% | 485 | 0.02% | 485 | 0.06% | 1,639 | 0.07% | | | 440 | 100.00% | | |
| Travel | 2,090 | 0.06% | | | | | 4,379 | 0.19% | | | | | 24,034 | 100.00% |
| Recruiting | 652 | 0.02% | 852 | 0.03% | 45 | 0.01% | 517 | 0.02% | | | 15,675 | 100.00% | | |
| Safety - Security | 1,019 | 0.03% | 1,357 | 0.05% | | | 2,310 | 0.10% | | | 3,417 | 100.00% | | |
| **Total Other Controllables** | 33,404 | 0.91% | 31,487 | 1.10% | 9,019 | 1.19% | 41,750 | 1.76% | | | 75,885 | 100.00% | 24,034 | 100.00% |
| **Total Controllable Expenses** | 352,476 | 9.61% | 295,128 | 10.30% | 68,446 | 9.00% | 269,004 | 11.35% | | | 285,858 | 100.00% | 111,727 | 100.00% |
| **P.A.C.E.** | 618,692 | 16.87% | 563,544 | 19.67% | 197,425 | 25.97% | 377,952 | 15.95% | 100,000 | 100.00% | -309,045 | 100.00% | -111,727 | 100.00% |
| **Non Controllable Expenses** | | | | | | | | | | | | | |
| Employee Parking Fees | | | | | | | | | | | | | |
| **Occupancy Cost** | | | | | | | | | | | | | |
| Rent - Real Estate | 100,000 | 2.73% | 290,000 | 10.12% | | | 631,760 | 26.65% | | | | | | |
| Rent - Other | | | | | | | | | | | | | |
| Telephone & Internet | 20,918 | 0.57% | 23,438 | 0.82% | 12,038 | 1.58% | 10,816 | 0.46% | | | 16,206 | 100.00% | | |
| Telephone - Cellular | 1,701 | 0.05% | 1,093 | 0.04% | 1,093 | 0.14% | 2,134 | 0.09% | | | 4,709 | 100.00% | | |
| Gas Utilities | 25,994 | 0.71% | 37,439 | 1.31% | 7,722 | 1.02% | 22,911 | 0.97% | | | | | | |
| Electric Utilities | 86,706 | 2.36% | 29,466 | 1.03% | 35,891 | 4.72% | 80,865 | 3.41% | | | | | | |
| Water Utilities | 6,580 | 0.18% | 5,760 | 0.20% | 1,152 | 0.15% | 10,052 | 0.42% | | | | | | |
| Trash Removal | | | 12,127 | 0.42% | 286 | 0.04% | 14,377 | 0.61% | | | | | | |
| Parking Structure - Brea | 30,000 | 0.82% | | | | | | | | | | | | |
| Parking & Valet - Catch | | | | | 28,386 | 3.73% | | | | | | | | |
| Storage | 8,019 | 0.22% | | | | | 273 | 0.01% | | | | | | |
| Property Tax | | | | | 776 | 0.10% | | | 30,122 | 30.12% | | | | |
| Insurance - Liability | 55,449 | 1.51% | 8,229 | 0.29% | 8,229 | 1.08% | 8,229 | 0.35% | | | | | | |
| Insurance - General | 549 | 0.02% | | | | | | | | | | | | |
| **Total Occupancy Cost** | 335,916 | 9.16% | 407,551 | 14.23% | 95,574 | 12.57% | 781,418 | 32.97% | 30,122 | 30.12% | 20,915 | 100.00% | | |
| **Administrative & General** | | | | | | | | | | | | | |
| Licenses & Fees | 4,371 | 0.12% | 5,256 | 0.18% | 4,917 | 0.65% | 3,567 | 0.15% | | | | | | |
| Gift Card Expense | 245 | 0.01% | | | | | | | | | 11,831 | 100.00% | | |
| Stripe Fees | 1,225 | 0.03% | 1,609 | 0.06% | 402 | 0.05% | 830 | 0.04% | | | | | | |
| Credit Card Fees | 86,065 | 2.35% | 58,338 | 2.04% | 26,571 | 3.50% | 61,795 | 2.61% | | | | | | |
| Bank Fees | 13,323 | 0.36% | 2,389 | 0.08% | 1,964 | 0.26% | 5,991 | 0.25% | | | 9,861 | 100.00% | 15 | 100.00% |
| Computer Software | 12,992 | 0.35% | 6,412 | 0.22% | 4,867 | 0.64% | 6,340 | 0.27% | | | 15,605 | 100.00% | 8,737 | 100.00% |
| POS - Technology Support | 7,141 | 0.20% | 6,466 | 0.23% | 3,205 | 0.42% | 11,045 | 0.47% | | | 6,305 | 100.00% | | |
| Legal & Professional Fees | 64,179 | 1.75% | 567 | 0.02% | 18,319 | 2.41% | 6,145 | 0.26% | 15,553 | 15.55% | 1,394 | 100.00% | | |
| Accounting Fees | 40,396 | 1.10% | 27,300 | 0.95% | 10,500 | 1.38% | 27,300 | 1.15% | | | | | | |
| Outside Consultant | 38,384 | 1.05% | 38,384 | 1.34% | 30,067 | 3.95% | 38,384 | 1.62% | | | 31,357 | 100.00% | | |
| Outside Labor | | | | | 400 | 0.05% | | | | | | | | |
| **Total Administrative & General** | 268,323 | 7.32% | 146,721 | 5.12% | 101,212 | 13.31% | 161,397 | 6.81% | 15,553 | 15.55% | 76,352 | 100.00% | 8,752 | 100.00% |
| **Total Non Controllable Expenses** | 604,238 | 16.48% | 554,272 | 19.35% | 196,786 | 25.88% | 942,815 | 39.78% | 45,676 | 45.68% | 97,267 | 100.00% | 8,752 | 100.00% |
| **Corporate Overhead** | | | | | | | | | | | | | |
| Director General Expense | | | | | | | | | | | 1,289 | 100.00% | | |
| **Director Salary** | | | | | | | | | | | | | |
| Director Salary | 31,494 | 0.86% | 19,522 | 0.68% | 10,445 | 1.37% | 21,305 | 0.90% | | | 192,653 | 100.00% | | |
| **Total Director Salary** | 31,494 | 0.86% | 19,522 | 0.68% | 10,445 | 1.37% | 21,305 | 0.90% | | | 192,653 | 100.00% | | |
| Director Auto Expense | | | | | | | | | | | 4,027 | 100.00% | | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Director Travel Expense | | | | | | | | | | 4,561 | 100.00% | 2,933 | 100.00% |
| Maintenance Auto Expense | | | | | | 3 | 0.00% | | | 12,044 | 100.00% | | |
| Maintenance Meal Expense | | | | | | | | | | 2,592 | 100.00% | | |
| Auto Expense | 12,041 | 0.33% | 188 | 0.01% | 50 | 0.01% | 10,777 | 0.46% | | | 3,599 | 100.00% | | |
| Car Leases | 22,705 | 0.62% | | | | | 8,069 | 0.34% | | | 981 | 100.00% | | |
| Misc. Expense | 120,000 | 3.27% | | | | | | | | | | | | |
| Other Income | -4 | 0.00% | -35 | 0.00% | | | | | | | | | | |
| **Total Corporate Overhead** | **186,236** | **5.08%** | **19,675** | **0.69%** | **10,497** | **1.38%** | **40,152** | **1.69%** | | | **221,745** | **100.00%** | **2,933** | **100.00%** |
| **EBITDA** | **-171,782** | **-4.68%** | **-10,403** | **-0.36%** | **-9,858** | **-1.30%** | **-605,014** | **-25.53%** | **54,324** | **54.32%** | **-628,057** | **100.00%** | **-123,412** | **100.00%** |
| **TIDA** | | | | | | | | | | | | | | |
| Taxes | -21,158 | -0.58% | 12 | 0.00% | -1,817 | -0.24% | 137 | 0.01% | | | | | | |
| Interest expense | 15,133 | 0.41% | 2,093 | 0.07% | 2,044 | 0.27% | 10,313 | 0.44% | 23,442 | 23.44% | 61,058 | 100.00% | 417 | 100.00% |
| **Total TIDA** | **-6,025** | **-0.16%** | **2,105** | **0.07%** | **227** | **0.03%** | **10,450** | **0.44%** | **23,442** | **23.44%** | **61,058** | **100.00%** | **417** | **100.00%** |
| **Net Profit** | **-165,757** | **-4.52%** | **-12,508** | **-0.44%** | **-10,085** | **-1.33%** | **-615,464** | **-25.97%** | **30,883** | **30.88%** | **-689,115** | **100.00%** | **-123,829** | **100.00%** |